1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ANN MARIE URSINI (CABN 269131)
   Special Assistant United States Attorney
5    150 South Almaden Boulevard, Suite 900
     San Jose, California 95113
6    Telephone: (408) 535-5037
     Facsimile: (408) 535-5066
7    annmarie.ursini@usdoj.gov

8  Attorneys for the United States

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12

13

| UNITED STATES OF AMERICA, | ) | No.    CR 11-00744-DLJ |
|---|---|---|
14 | | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
15 | | ) | ORDER CONTINUING HEARING TO |
| v. | ) | March 8, 2012 AND EXCLUDING TIME |
16 | | ) | FROM February 9, 2012 TO March 8, 2012 |
| XOCHITL CISNEROS-RODRIGUEZ, | ) | FROM THE SPEEDY TRIAL ACT |
17 | | ) | CALCULATION |
| Defendant. | ) | |
18 | | ) | |
| | ) | |

19

The Parties, OBDULIA DIAZ and the United States, acting through respective counsel,

20

hereby stipulate, subject to the Court's approval, that the hearing currently set for February 9,

21

2012 be vacated, and that the hearing be re-set for March 8, 2012 at 9:00 am.  The parties are

22

requesting the continuance of the hearing due to the need for additional time to jointly negotiate

23

a resolution in this matter, including time for the government to review significant discovery

24

recently provided by defense counsel.

25

The parties stipulate that the time between February 9, 2012 and March 8, 2012 is

26

excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

27

requested continuance would unreasonably deny defense counsel reasonable time necessary for

28

effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

1  that the ends of justice served by granting the requested continuance outweigh the best interest of

2  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18

3  U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

4

5  DATED: February 1, 2012          MELINDA HAAG
          United States Attorney

6

7  \_\_\_/s/_____
   ANN MARIE E. URSINI

8  Special Assistant United States Attorney

9

10  \_\_\_/s/_____
   VARELL L. FULLER

11  Attorney for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[] ORDER**

     Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for February 9, 2012 is vacated, and the matter is continued to March 8, 2012 at 9:00 am.  Further, the Court ORDERS that the time between February 9, 2012 and March 8, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: GÐ ÐFG

_____

THE HONORABLE D. LOWELL JENSEN
United States District Judge